UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY H. HEFFRON, | Case No. 1:10-cv-1210 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Joseph G. Scoville |
| GRAND RAPIDS HOME FOR VETERANS and MICHIGAN DEPARTMENT OF MILITARY AND VETERANS AFFAIRS, | |
| Defendants. | |

## **JUDGMENT**

Final judgment is hereby entered in favor of all defendants and against the plaintiff.

**IT IS SO ORDERED** this 27th day of May 2011.

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge